**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 83-335-RCL |
| ) | |
| STEVEN JONES, ) | |
| Acquittee. ) | |

FILED
MAY 22 2012
Clerk, U.S. District and Bankruptcy Courts

<u>ORDER</u>

This matter came before the court on May 22, 2012, on Saint Elizabeths Hospital's 24 D.C. Code §501(e) request, dated April 4, 2012, for an expanded conditional release for Mr. Jones. Steven Jones was adjudicated not guilty by reason of insanity of Bank Robbery on June 20, 1984, and thereafter committed to Saint Elizabeths Hospital pursuant to 24 D.C. Code S501(d). His diagnosed mental illnesses are Schizophrenia, Paranoid Type, Alcohol Abuse, Cannabis Abuse, Cocaine Abuse, Nicotine Dependence, Neuroleptic-Induced Movement Disorder, Paraphilia Not Otherwise Specified, Borderline Intellectual Functioning, and Personality Disorder, NOS, all currently controlled by the administration of Zydis, an oral form of Zyprexa.

By order dated August 12, 2009, Mr. Jones was permitted, by order of this Court, to attend a community-

Case 1:83-cr-00335-BAH   Document 15   Filed 05/22/12   Page 2 of 4

2

based day program, initially only twice weekly, later increased to three times per week. Mr. Jones began attending the Green Door's day program on August 23, 2010, later transferring, after that program had closed, to the McClendon Center, on February 26, 2011.

Based on pleadings filed herein, the representations of the parties in open court on May 22, 2012, including the representation that there is no opposition to the granting of a conditional release to the acquittee under the terms detailed herein, and based on the entire record, the Court finds that Mr. Jones will not, in the reasonably foreseeable future, present a danger to himself or others because of mental illness if conditionally released from Saint Elizabeths Hospital as described below. Accordingly, it is by the Court this 22nd day of May, 2012,

ORDERED, that acquittee Steven Jones shall be conditionally released from Saint Elizabeths Hospital in the following manner:

1. Mr. Jones shall be permitted to continue to exercise all conditional release privilege as authorized by this Court's most recent conditional release order dated August 12, 2009, which is hereby incorporated by reference.

2. The above-referenced order will be extended to allow Mr. Jones to travel in the community accompanied by his community support worker, currently Anwar Smith with Community Connections, in order to attend educational and treatment-related activities, including travel training, participation in A.A. and N.A. meetings, social skills development classes, and other activities designed to increase acquittee's ability to become more familiar with the community.
3. Mr. Jones must continue to refrain from alcohol, illegal drugs, and unlawful conduct of any kind.
4. If Mr. Jones' mental condition deteriorates, or if he violates the conditions of this release, the hospital shall return him to total inpatient care, with prompt notification to this Court and counsel.
5. Saint Elizabeths Hospital must submit a status report to the Court detailing acquittee's compliance and progress in the community pursuant to this order, no later than July 6, 2012. This Court will conduct a status hearing on July 23, 2012 at 9:30 a.m. to determine whether expanded conditional release should be granted.

_[signature: Royce C. Lamberth]_

Hon. Royce C. Lamberth
Chief Judge, U.S. District Court

Colleen Kennedy    _[initials: CK]_
555 4th Street, N.W.
Washington, D.C. 20530

J. Patrick Anthony    _[initials: JPA]_
P.O. Box 11255
Takoma Park, MD. 20913

Dr. KyleeAnn Stevens, M.D.
Saint Elizabeths Hospital
Washington, D.C.  20032


Anwar Smith
Community Connections
801 Pennsylvania Avenue, S.E.
Washington D.C.  20003